**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6660**

MARK CORRIGAN,

Plaintiff - Appellant,

versus

MALCOLM J. HOWARD; THOMAS P. SWAIN; ANNE
HAYES; DAVID W. DANIEL; KEN MACKENZIE,
MacKenzie, Incorporated,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:07-CT-3023-BO)

Submitted: July 24, 2007                Decided: July 31, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Corrigan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Corrigan appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Corrigan v. Howard</u>, No. 5:07-CT-3023-BO (E.D.N.C. Apr. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>